No. 373. CARLSON, ADMINISTRATOR, *v.* KESLER ET AL. Appeal from the Supreme Court of Indiana. Decided October 11, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended, 43 Stat. 936, 938, certiorari is denied. *Mr. Howard F. Bishop* for appellant. *Mr. Fred H. Bowers* for appellees.